UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA GUFFEY & CHRISTINE SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES C. DUFF, in his official capacity,<br><br>Defendant. | No. 18-cv-_____ |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiffs Lisa Guffey and Christine Smith hereby move for the entry of a preliminary injunction prohibiting the Defendants from enforcing against any AOUSC employees (other than the Director, Deputy Director, and the four employees of the AO Executive Management Group), the AOUSC Code of Conduct insofar as it restricts the following activities:

    a. expressing opinions publicly, including on social media or via articles or letters to the editor, regarding a political party or partisan candidate for office;

    b. wearing or displaying partisan political badges, signs, or buttons;

    c. driving voters to polls on behalf of a political party or partisan candidate for office;

    d. contributing funds to a political party, political action committee, or partisan candidate for office;

    e. attending partisan fundraisers;

    f. being a member of a partisan political organization;

    g. attending events for a partisan candidate for office;

    h. organizing events for a partisan candidate for office; and

      i.   attending party conventions, rallies, or meetings.

As more fully set forth in Plaintiffs' Memorandum in Support, Plaintiffs are likely to succeed on the merits of their claims and will suffer irreparable harm in the absence of preliminary relief. The balance of equities tilts strongly in their favor, and an injunction protecting their constitutional rights is in accord with the public interest.

Therefore, a preliminary injunction should issue.

May 31, 2018

Respectfully submitted,

/s/ *Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th Street NW, Second Floor
Washington, DC 20005
(202) 457-0800
smichelman@acludc.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, along with the supporting memorandum of law, declarations, and proposed order, by causing copies to be mailed by certified mail to each of the following (together with the summons and complaint initiating this action):

JAMES C. DUFF
One Columbus Circle NE
Washington, DC 20544

Jefferson B. Sessions III
Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Jessie K. Liu, U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
555 4th St. NW
Washington DC 20530

/s/ *Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
*Attorney for Plaintiffs*