UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA GUFFEY & CHRISTINE SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES C. DUFF, in his official capacity,<br><br>Defendant. | No. 18-cv-_____ |

## DECLARATION OF LISA GUFFEY

1. My name is Lisa Guffey. I am an adult resident of Maryland. I have personal knowledge of the matters set forth herein, and I am competent to make this declaration.

### My job and responsibilities at AOUSC

2. I have worked for the Administrative Office of the U.S. Courts ("AOUSC") since 2010. My title is Supervisory Attorney Advisor. In that role, I assess whether federal defender offices and court panel attorney programs across the country are properly resourced, operating effectively, and complying with relevant administrative policies and procedures and provide regular support, advice, and training to federal defender offices regarding administrative policies and procedures. I have received the AOUSC's superior performance award each year since 2015, as well as the 2017 Defender Services Office VIP Award.

3. I interact with Article III judges approximately 5-8 times per year as part of assessments of the court panel attorney programs of districts assigned to me. These discussions involve the administrative and management aspects of the panel attorney program (e.g. manner of accepting applications and determining membership, procedures for processing payment

1

vouchers) and do not include any discussion of specific cases before the court. I also report to the chair and members of the Judicial Conference Committee on Defender Services regarding certain assessments on an ad hoc basis. I never discuss individual cases with judges, judicial clerks, court staff attorneys, or anyone else involved in any way in the process of deciding a case.

4. My only involvement with any individual case is that I once gathered information regarding the appropriate level of expert funding for a particular criminal case. Funding questions of this kind are ultimately decided by a committee or subcommittee of the Judicial Conference of the United States, which is an entity comprised of Article III judges. I did not make a recommendation about the level of funding required for that, but merely gathered information. I have had no involvement of any kind with non-criminal cases.

5. Prior to working at AOUSC, from 2007 to 2010, I was the managing attorney for the clinical programs at The George Washington University Law School. From 2000 to 2007, I was an attorney with the Special Litigation Division of the Public Defender Service for the District of Columbia. In 2004, I volunteered with the American Bar Association's Central Europe and Eurasian Law Initiative as a rule of law liaison to the Republic of Azerbaijan (one-year residence in Baku). From 1992 to 2000, I served in the United States and abroad as a Lieutenant Commander in the Judge Advocate General's Corps of the United States Navy.

**The components of AOUSC**

6. I am familiar with the organization and functions of the various offices within the AOUSC.

7. The AOUSC is divided into three main departments: Technology Services, Administrative Services, and Program Services.

8. The offices within Technology Services are Technology Solutions, IT Security, Systems Deployment and Support, Cloud Technology and Hosting, Infrastructure Management, and AOUSC Technology.

9. The offices within Administrative Services are Human Resources, Finance and Procurement, Facilities and Security, and Administrative Systems.

10. The Program Services comprises six offices:

    a. The Judicial Services Office supports the needs and concerns of federal judges and their staffs, such as by coordinating travel, maintaining information, providing administrative support regarding the process for appointing bankruptcy and magistrate judges, serving as the point of contact between judges and the AOUSC, coordinating needs assessments regarding judgeships and vacancies, analyzing caseloads, helping courts obtain assistance from visiting judges, and providing staff support for various committees of the Judicial Conference.

    b. The Court Services Office is responsible for the management of resources, programs, and services related to court administration and case management, including providing day-to-day operational support for appellate, district, and bankruptcy courts and court units.

    c. The Defender Services Office provides leadership, direction, administration, management, oversight, and support for the federal system of providing legal representation and other defense services under the Criminal Justice Act, 18 U.S.C. § 3006A including by providing training for appointed counsel, providing administrative and operational support and legal advice to appointed counsel, conducting oversight, and helping to develop and implement administrative policies and procedures regarding appointed counsel.

    d. The Probation and Pretrial Services Office is responsible for the management, oversight, and support of the judiciary's probation and pretrial services program, including training, administrative and operational support, conducting oversight, and assisting in the development and implementation of policies and procedures regarding pretrial and probation supervision.

    e. The Judiciary Data and Analysis Office is responsible for developing an overall strategy for judiciary data; developing and ensuring compliance with data governance across all judiciary data; providing analysis and reporting; analyzing data to assist in making management decisions; and providing technical support to develop and maintain national databases and data analysis capabilities.

    f. The Case Management Systems Office is responsible for providing oversight, supervision, and coordination of case management systems, including facilitating the effective use of information technology in the circuits, courts of appeals, bankruptcy courts, district courts, and probation and pretrial offices, and managing the transition to "Next Generation CM/ECF."

11. Apart from the Offices of the Director and Deputy Director, the AOUSC also has several "executive" offices:

    a. The Office of Audit administers the judiciary's audit program through planning and executing certain audits of the AOUSC, courts, court units, and federal defender organizations, and contracting with certified public accounting firms to perform financial audits and provide independent auditor's opinions, in conformity with government auditing standards.

    b. The Office of the General Counsel provides legal counsel to the AOUSC, Judicial Conference, and judges, federal public defenders, and court staff.

    c. The Judicial Conference Secretariat coordinates and facilitates AOUSC staff support for the Judicial Conference and its committees and provides overall coordination for the AOUSC advisory group process.

    d. The Office of Public Affairs serves as the judiciary's central point of contact for public information and communications; provides communications guidance and services for judges, court staff, and the AOUSC; serves as the liaison between the judiciary and the news media; and promotes public awareness and understanding of the judiciary.

    e. The Office of Legislative Affairs carries out the judiciary's legislative liaison activities with Congress, other government entities, and private sector organizations with an interest in legislation and other activity affecting the judicial branch.

    f. The Office of Fair Employment Practices prevents, identifies, and remedies prohibited discrimination, unfair practices, and related wrongful conduct at the AOUSC, promotes diversity and inclusion at the AOUSC, and collects, consolidates, analyzes, and reports relevant trends and statistical data relevant to fair employment practices throughout the judiciary.

    g. The Office of AOUSC Human Resources provides human resources service to AOUSC management and staff; and develops and administers the AOUSC's human resources management and pay system.

**My history and intentions regarding political participation**

12. I place a high value on participation in our political system. I have throughout my life participated in our democratic process in a variety of ways, including expressing my political opinions publicly (including via social media like Facebook), displaying political bumper stickers and buttons reflecting my views, contributing funds to political parties and party candidates, attending events and fundraisers for candidates, and joining a political party. I have taken each of these actions in elections involving partisan candidates, in part because the most powerful officials in the United States, including federal and state legislators, state governors, and other top state and territorial executive officials, and the President of the United States, are elected on a partisan basis.

13. For instance, I have donated money to the Democratic National Committee and to individual party candidates, I have posted yard signs for partisan candidates for local office, I have attended fundraising events for partisan candidates for local office, and I have posted opinions about political candidates on social media.

14. I would like to continue to engage in each of the forms of political activity mentioned above with respect to the Maryland gubernatorial race in 2018, a U.S. congressional race in 2018, the U.S. Presidential election of 2020, and likely other races as well. In addition to the activities in which I have engaged in the past, I would like to volunteer to drive voters to polls on behalf of my preferred candidates and attend party meetings or conventions with respect to these elections. I firmly intend to engage in all of these activities if I am permitted to do so. I would be engaging in some of them already (specifically, giving money to the Democratic National Committee and the National Democratic Redistricting PAC) if not for the AOUSC's Code of Conduct provision that forbids "partisan political activity." I do

not plan to engage in any of these activities during work hours, using work resources, or while identifying myself with the AOUSC in any way.

15. The AOUSC's Code of Conduct has already deterred me from participating in political activity. Specifically, on March 1, 2018 (the day the new Code went into effect), I emailed Robert Deyling and Michael Delman of the AOUSC's Office of General Counsel to ask whether I could accept an invitation to a March 3 reception to meet Maryland gubernatorial candidate Ben Jealous. The reason I directed my questions to Mr. Deyling and Mr. Delman was that the two of them had met with a group of AOUSC staff on behalf of the Office of General Counsel on February 21 to answer staff questions about the new Code. I did not receive a response to my email prior to March 3, and so I did not attend the reception. In any event, Mr. Deyling, who is Assistant General Counsel for AOUSC, responded by email on March 8 that "Attendance at a reception for a partisan political candidate (regardless if it is local, state, or federal) is not permitted."

16. My March 1 email further inquired whether I could attend "future events of this type in order to educate myself on the best choice for my vote for Governor and other offices" and whether I could donate to the Democratic National Committee or to partisan candidates at the local, state, and federal levels. Mr. Deyling's response indicated that all of these activities are forbidden by the Code.

17. Mr. Deyling's March 8 email to me further stated, in response to a question from me about consequences for violating the Code, that "Violations of the Code may subject an employee to disciplinary action."

18. A true and correct copy of Director Duff's July 10, 2017 memorandum to AOUSC employees attaching the new Code and explaining its implications is attached to this declaration as Exhibit A.

19. On March 21, 2018, my attorney Scott Michelman sent a letter on my behalf and on behalf of Christine Smith to James Duff, the Director of the AOUSC, asking that certain restrictions on AOUSC employees' political activity be rescinded. Director Duff responded by letter dated March 30, 2018. A true and correct copy of Director Duff's March 30 letter is attached to this declaration as Exhibit B.

20. A true and correct copy of the Code of Conduct for federal public defenders is attached to this declaration as Exhibit C.

21. A true and correct copy of the Code of Conduct in effect for AOUSC employees prior to March 1, 2018, is attached to this declaration as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2018

_____
Lisa Guffey