UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA GUFFEY & CHRISTINE SMITH,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAMES C. DUFF, in his official capacity,<br><br>    Defendant. | No. 18-cv-_____ |

[Proposed]
**PRELIMINARY INJUNCTION**

  Upon consideration of Plaintiffs' motion for a preliminary injunction, of any opposition thereto, and of the entire record in this action,

  It appearing to the Court that the Plaintiffs are likely to succeed on the merits of their action, that they will suffer irreparable injury if the requested relief is not issued, that the Defendant will not be harmed if the requested relief is issued, and that the public interest favors the entry of such an order, it is, therefore,

  ORDERED that Plaintiffs' motion for a preliminary injunction is hereby GRANTED; and it is further

  ORDERED that Defendant James C. Duff, in his official capacity as Director of the Administrative Office of the United States Courts, and all persons acting under his supervision or in concert with him, shall, pending further order of this Court, refrain from enforcing against any AOUSC employees (other than the Director, Deputy Director, and the four employees of the AO Executive Management Group), the AOUSC Code of Conduct insofar as it restricts the following activities:

a. expressing opinions publicly, including on social media or via articles or letters to the editor, regarding a political party or partisan candidate for office;

b. wearing or displaying partisan political badges, signs, or buttons;

c. driving voters to polls on behalf of a political party or partisan candidate for office;

d. contributing funds to a political party, political action committee, or partisan candidate for office;

e. attending partisan fundraisers;

f. being a member of a partisan political organization;

g. attending events for a partisan candidate for office;

h. organizing events for a partisan candidate for office; and

i. attending party conventions, rallies, or meetings; and it is further

ORDERED that this injunction shall be effective upon service on the Defendant, and no bond shall be required.

Date: _____          _____
                                     United States District Judge