# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA GUFFEY and CHRISTINE SMITH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JAMES C. DUFF, in his official capacity as Director of the Administrative Office of the United States Courts,<br><br>　　　　Defendant. | Case No. 1:18-cv-01271-CRC |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b)(4) and LCvR 16.4(a), Plaintiffs Guffey and Smith and Defendant Duff respectfully move the court to modify the March 4, 2019 Scheduling Order [ECF No. 22] ("Scheduling Order") entered by the Court. In support of this motion, the parties state as follows:

　　　　1.　　On April 4, 2019, Defendant notified Plaintiffs that Defendant had decided not to use expert testimony in this case and, accordingly, would not be making any Rule 26(a)(2) disclosures.

　　　　2.　　As a result of Defendant's decision not to use expert testimony, the parties have agreed to dispense with discovery and proceed directly to briefing cross-motions for summary judgment. *See* Scheduling Order ¶ 2.

　　　　3.　　The parties propose the following revised schedule for briefing:

June 6, 2019:　　Defendant's motion for summary judgment (not to exceed 45 pages)

July 25, 2019:　　Plaintiffs' combined opposition and cross-motion for summary judgment (not to exceed 45 pages)

August 29, 2019: Defendant's combined opposition to cross-motion and reply (not to exceed 25 pages)

October 3, 2019: Plaintiffs' reply (not to exceed 25 pages)

Each party reserves its right to seek an enlargement of the agreed page limitations above if reasonably necessary. *See* LCvR 7(e).

Good cause having been shown, the parties respectfully request that their joint motion to modify the Scheduling Order be granted. A proposed order granting the parties' joint motion accompanies this motion.

April 10, 2019                                Respectfully submitted,

*/s/ Scott Michelman (by permission)*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, DC 20005
(202) 457-0800
smichelman@acludc.org

Counsel for Plaintiffs


*/s/ M. Andrew Zee*
M. Andrew Zee (California Bar No. 272510)
Julie Straus Harris (DC Bar No. 1021928)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-6646
m.andrew.zee@usdoj.gov

Counsel for Defendant