# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA GUFFEY and CHRISTINE SMITH,<br><br>  Plaintiffs,<br><br>  v.<br><br>JAMES C. DUFF, in his official capacity as Director of the Administrative Office of the United States Courts,<br><br>  Defendant. | Case No. 1:18-cv-01271-CRC |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment and all materials in the record, and good cause appearing, it is hereby

ORDERED that Defendant's motion is granted; and it is further

ORDERED that judgment be entered for Defendant on Counts I and II of Plaintiffs' Complaint for Declaratory and Injunctive Relief.

SO ORDERED.

Date:                                     _____
                                          HON. CHRISTOPHER R. COOPER
                                          United States District Judge