UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA GUFFEY & CHRISTINE SMITH,

        Plaintiffs,

   v.

JAMES C. DUFF, in his official capacity,

        Defendant.

Case No. 1:18-cv-01271-CRC

[Proposed]
**ORDER ON SUMMARY JUDGMENT**

Upon consideration of the parties' cross-motions for summary judgment, all briefing filed in support or in opposition to these motions, and the entire record in this action, it is hereby

ORDERED that the Plaintiffs' motion for summary judgment is GRANTED as to their First Amendment claim; and it is further

ORDERED that Defendant's motion for summary judgment is DENIED; and it is further

ORDERED that Defendant James C. Duff, in his official capacity as Director of the Administrative Office of the United States Courts ("AO"), and all persons acting under his supervision or in concert with him, are PERMANENTLY ENJOINED from enforcing against any AO employees (other than the Director, Deputy Director, and the four employees of the AO Executive Management Group), the AO Code of Conduct insofar as it restricts the following activities:

    a. expressing opinions publicly, including on social media or via articles or letters to the editor, regarding a political party or partisan candidate for office;

    b. wearing or displaying partisan political badges, signs, or buttons;

    c. driving voters to polls on behalf of a political party or partisan candidate for office;

    d. contributing funds to a political party, political action committee, or partisan candidate for office;

    e. attending partisan fundraisers;

    f. being a member of a partisan political organization;

    g. attending events for a partisan candidate for office;

    h. organizing events for a partisan candidate for office; and

    i. attending party conventions, rallies, or meetings; and it is further

ORDERED that this injunction shall be effective upon service on the Defendant, and no bond shall be required.

Date: _____

                                                    _____
                                                    Hon. Christopher Cooper
                                                    United States District Judge