IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA GUFFEY and CHRISTINE SMITH,<br><br>      Plaintiffs,<br><br>  v.<br><br>JAMES C. DUFF, in his official capacity as Director of the Administrative Office of the United States Courts,<br><br>      Defendant. | Case No. 1:18-cv-01271-CRC |

**NOTICE**

Defendant James C. Duff respectfully informs the Court that as of April 6, 2020, Plaintiff Christine Smith is no longer employed by the Administrative Office of the United States Courts. As a result of a series of realignment actions within the Administrative Office, the Information Technology Specialist position held by Ms. Smith was abolished.

Dated:  April 20, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Director
Federal Programs Branch

 /s/ M. Andrew Zee
M. ANDREW ZEE (California Bar No. 272510)
JULIE STRAUS HARRIS (DC Bar No. 1021928)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

– 2 –

450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Counsel for Defendant*