UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA GUFFEY and CHRISTINE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES C. DUFF, Director, Administrative Office of the U.S. Courts, <br><br> Defendant. | Case No. 18-cv-1271 (CRC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Defendant's motion for summary judgment (ECF No. 24) is GRANTED IN PART and DENIED IN PART.  It is further

**ORDERED** that Plaintiffs' cross motion for summary judgment (ECF No. 26) is GRANTED IN PART and DENIED IN PART.  It is further

**ORDERED** that Defendant James C. Duff in his official capacity as Director of the Administrative Office of the United States Courts (the "AO"), and all persons acting under his supervision or in concert with him, shall be permanently enjoined from enforcing against any AO employees (other than the Director, Deputy Director, and the four employees of the AO Executive Management Group) the AO Code of Conduct insofar as it restricts the following activities:

 a. expressing opinions publicly regarding a political party or partisan candidate for office;

 b. wearing or displaying partisan political badges, signs, or buttons;

 c. contributing funds to a political party, political action committee, or partisan candidate for office;

 d. attending partisan fundraisers;

 e. being a member of a partisan political organization;

f. attending events for a partisan candidate for office; and

g. attending party conventions, rallies, or meetings.  It is further

**ORDERED** that this injunction shall be effective upon service on Defendant, and no bond shall be required.

This is a final appealable Order.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:   April 29, 2020