UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA GUFFEY & CHRISTINE SMITH,

              Plaintiffs,

    v.

JAMES C. DUFF, in his official capacity,

              Defendant.

Case No. 1:18-cv-01271-CRC

**NOTICE OF CROSS-APPEAL**

Plaintiffs hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from this Court's April 29, 2020 Order and Opinion, ECF 33 & 34, insofar as they grant summary judgment to Defendant and deny it to Plaintiffs.

July 9, 2020

Respectfully submitted,

/s/ *Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, DC 20005
(202) 457-0800
smichelman@acludc.org
*Attorneys for Plaintiffs*