UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA GUFFEY & CHRISTINE SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>ROSLYNN R. MAUSKOPF[1], in her official capacity,<br><br>    Defendant. | Case No. 1:18-cv-01271-CRC |

**JOINT STATUS REPORT ON ABEYANCE OF
PROCEEDINGS REGARDING ATTORNEYS' FEES AND COSTS**

In consideration of the Court's May 11, 2020 Minute Order granting the parties' joint motion for an order holding in abeyance proceedings regarding attorneys' fees and costs in this action, ECF No. 35, Plaintiffs Guffey and Smith and Defendant Mauskopf respectfully provide the following report to the Court:

  1.  In its Order dated April 29, 2020, ECF No. 33, the Court granted summary judgment to Plaintiffs in substantial part and confirmed that this Order is a final, appealable order.

  2.  On May 8, 2020, ECF No. 35, the parties jointly moved for entry of an order holding in abeyance proceedings regarding attorneys' fees and costs in this action until any appeal in this matter is resolved, and if there is no appeal, until the parties have had an opportunity to meet and confer regarding Plaintiffs' claim for fees and costs.

  3.  By Minute Order dated May 11, 2020, the Court granted the parties' abeyance motion, ordering that "Plaintiffs' time in which to seek costs and attorneys' fees is extended until

---

[1] Roslynn R. Mauskopf has been substituted for James C. Duff as defendant in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1

a time to be set by further order of the Court," and that "within 14 days of the expiration of the time for filing an appeal in this matter, or within 14 days of the resolution of appellate proceedings, whichever is later, the parties shall file a joint status report that contains a proposal regarding further proceedings in this action." Order (May 11, 2020).

4. On August 16, 2022, the United States Court of Appeals for the D.C. Circuit entered judgment in the appeal of this matter. *See* ECF No. 40 at 2. Defendant here, the appellant, petitioned for rehearing en banc, which the Court of Appeals denied on January 13, 2023. *Id.* at 1.

5. 28 U.S.C. § 2101(c) provides that any petition for certiorari must be filed within ninety days after the entry of an eligible judgment. In this case, the deadline for filing a petition for a writ of certiorari is ninety days after the Court of Appeals denied the petition for rehearing en banc. *See* S. Ct. R. 13.3. If a party petitions for certiorari and the Supreme Court hears the matter, Plaintiffs' entitlement to fees and costs will depend upon the outcome of the Supreme Court's review. If certiorari is not sought or if the Supreme Court denies certiorari, the parties may be able to settle Plaintiffs' claim for fees and costs.

6. Accordingly, the parties agree that the interest of justice, as well as the interest of judicial economy, will be served by continuing to hold all fee and cost issues in abeyance until fourteen days after the lapse of the period to seek Supreme Court review or, if a party petitions for certiorari, fourteen days after the Supreme Court's resolution of the matter.

For these reasons, the parties hereby request that this Court continue to hold all fee and cost issues in abeyance until fourteen days after the lapse of the period to seek Supreme Court review or, if a party petitions for certiorari, fourteen days after of the Supreme Court's resolution of the matter.

February 7, 2023                                     Respectfully submitted,

/s/ Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th Street NW, Second Floor
Washington, DC 20005
(202) 457-0800
smichelman@acludc.org

*Counsel for Plaintiffs*

/s/ Julie Straus Harris
Julie Straus Harris (D.C. Bar No. 1021928)
Senior Trial Counsel
M. Andrew Zee (California Bar No. 272510)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20001
(202) 353-7633
julie.strausharris@usdoj.gov

*Counsel for Defendant*

3